215 So.2d 131

Keete M. LAWRENCE, Individually and for the Use and Benefit of the minor, Jackie K. Lawrence

v.

WESTCHESTER FIRE INSURANCE COMPANY.

No. 49529.

Nov. 18, 1968.

In re: Westchester Fire Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 213 So.2d 784.

Application is denied. There is no error in the judgment of the Court of Appeal.

215 So.2d 131

J. Stewart BELL et ux.

v.

UNION BANKERS INSURANCE COMPANY.

No. 49537.

Nov. 18, 1968.

In re: Union Bankers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 213 So.2d 780.

Writ refused. On the facts found by the Court of Appeal, the result is correct.